UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                          Case No.: 8:21-cv-188-MSS-AEP

WECARE PHARMACY, LLC;            **FILED UNDER SEAL**
QINGPING ZHANG, PHARMD, MS;
LI YANG; and L&Y HOLDINGS,
LLC.

  Defendants.

_____/

## **ORDER**

THIS CAUSE is before the Court on the United States' *Ex Parte* Motion to Seal Proceedings, made pursuant to Middle District Local Rule 1.09. (Dkt. 2) Having reviewed the Motion and having found good cause for the requested relief, it is hereby **ORDERED** that:

    1.    The United States' *Ex Parte* Motion to Seal Proceedings, (Dkt. 2), is **GRANTED**.

2. The documents identified in the United States' Motion, including the entire case file and this Order, shall remain under seal until further Order of this Court.

3. The United States shall file a notice of disclosure immediately with the Court, whereupon the Court will lift the seal.

**DONE AND ORDERED** in Tampa, Florida this 26th day of January 2021.

*(signature)*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE