UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

WECARE PHARMACY, LLC;
QINGPING ZHANG, PHARMD, MS;
LI YANG; and L&Y HOLDINGS,
LLC.

  Defendants.

Case No.: 8:21-cv-188-MSS-AEP

**FILED TEMPORARILY
UNDER SEAL**

_____/

## TEMPORARY RESTRAINING ORDER

The United States has filed an *ex parte* motion for a temporary restraining order to issue without notice to the adverse party and a preliminary injunction. (Dkt. 4) In support of its motion, the United States has submitted a memorandum of law, as well as supporting affidavits and exhibits. Upon consideration of the motion and supporting documents under the standards in Federal Rule of Civil Procedure 65(b), Local Rule 4.05, and the Controlled Substances Act, 21 U.S.C. §§ 843(f) and 882(a), the Court **FINDS**:

1. The United States has demonstrated a substantial likelihood of success on the merits of its claims that Defendants WeCare Pharmacy, LLC; Qingping Zhang, PharmD, MS; Li Yang; and L&Y Holdings, LLC have violated the Controlled Substances Act ("CSA"), 21 U.S.C. §§ 829, 841(a)(l), 842(a)(l) and 856(a)(1) and 856(a)(2).

2. The United States also has demonstrated that advance notice to Defendants will result in immediate and irreparable injury, loss, or damage, namely: (a) harm to Defendants' customers from Defendants' continued unlawful distribution and dispensation of controlled substances; and (b) the potential destruction of evidence related to Defendants' CSA violations.

3. Injunctive relief to prevent further CSA violations by Defendants and to protect the public is authorized by 21 U.S.C. §§ 843(f) and 882(a).

4. Defendants will continue to violate the CSA unless a temporary restraining order is issued.

5. The conditions for granting a temporary restraining order under Federal Rule of Civil Procedure 65(b) and 21 U.S.C. §§ 843(f) and 882(a) are therefore met.

Based on these findings, it is hereby **ORDERED** that:

A. The United States' *ex parte* Motion for a Temporary Restraining Order and Preliminary Injunction, (Dkt. 4), is **GRANTED** without notice to

Defendants. Pursuant to Federal Rule of Civil Procedure 65(b)(2), this Temporary Restraining Order was issued on January 26, 2021, at approximately 12:30 PM. This Temporary Restraining Order shall expire on February 9, 2021, unless it is extended by the Court for good cause shown or Defendants consent to a longer extension.

      B.    The United States shall promptly attempt to provide notice of this action and this Order to Defendants on the same date when the United States executes search warrants at the Pharmacy.

      C.    Defendants, their officers, agents, servants, employees, and attorneys, and any and all other persons who are in active concert or participation with them who receive actual notice of this Order are temporarily restrained and enjoined from directly or indirectly distributing, dispensing, or possessing with the intent to distribute or dispense, any controlled substances as defined and identified in 21 U.S.C. §§ 802(6) and 812, and 21 C.F.R. §§ 1308.11-1308.15

      D.    All controlled substances in the possession, custody, or control of Defendants shall be sealed immediately by agents or investigators of the U.S. Drug Enforcement Administration ("DEA") upon service of this Temporary Restraining Order.

E. Defendants are temporarily restrained and enjoined from altering, deleting, destroying, mutilating, or transferring any record within their possession, custody, or control related to the distribution or dispensation of controlled substances.

F. Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, Plaintiff United States of America shall not be required to post security for the instant action.

G. The parties shall take notice that this matter shall come before the Court for a preliminary injunction hearing on the 9th day of February, 2021, at 9:30 a.m, in accordance with Plaintiff's complaint and motion for injunctive relief. Defendants may request an earlier hearing on the terms of this temporary restraining order in accordance with the terms of Federal Civil Procedure 65.

**DONE AND ORDERED** in Tampa, Florida this 26th day of January 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE