# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                               Case No. 8:21-cv-188-MSS-AEP

WECARE PHARMACY, LLC;
QINGPING ZHANG, PHARMD, MS;
LI YANG, L&Y HOLDINGS, LLC.

  Defendants.

_____/

## STIPULATED PRELIMINARY INJUNCTION

THIS MATTER comes before the Court upon the United States' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction and Supporting Memorandum of Law, Federal Rule of Civil Procedure 65(b), Local Rule 4.05, and the Controlled Substances Act, 21 U.S.C. §§ 843(f) and 882(a) (Dkt. 2) At issue before the Court is the United States' request for a preliminary injunction.

The United States alleged in its *ex parte* filings that Defendants WeCare Pharmacy, LLC; Qingping Zhang, PharmD, MS; Li Yang; and L&Y Holdings,

LLC have violated the Controlled Substances Act ("CSA"), 21 U.S.C. §§ 829, 841(a)(l), 842(a)(l) and 856(a)(1) and 856(a)(2). (Dkt. 4 at 1-2)

On January 26, 2021, the Court found that the United States had sufficiently demonstrated in its *ex parte* filings that the Government would likely be able to prove that Defendants were violating the CSA, and that the statutory conditions for granting a temporary restraining order had been met. (Dkt. 8 at 2) The Court issued a Temporary Restraining Order ("TRO") (1) enjoining Defendants from directly or indirectly distributing, dispensing, or possessing with the intent to distribute or dispense, any controlled substances as defined and identified in 21 U.S.C. §§ 802(6) and 812, and 21 C.F.R. §§ 1308.11-1308.15, (2) directing all controlled substances in the possession, custody, or control of Defendants shall be sealed immediately by agents or investigators of the U.S. Drug Enforcement Administration ("DEA"), and (3) ordering Defendants are temporarily restrained and enjoined from altering, deleting, destroying, mutilating, or transferring any record within their possession, custody, or control related to the distribution or dispensation of controlled substances. (Id.)

A hearing on the United States' request for a preliminary injunction is scheduled for February 9, 2021. (Id.) The United States contends that a preliminary injunction is warranted because Defendants have violated and unless enjoined could continue to violate the CSA.

To avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the above claims, the United States and Defendants consent to the entry of this Preliminary Injunction, as set forth below. (Dkt. 17) Defendants agree to the Court's jurisdiction over them and the subject matter of this action. Defendants do not admit or deny the allegations contained in the United States' *ex parte* filings. The United States and Defendants' agreement to the entry of this Preliminary Injunction is neither an admission of liability or wrongdoing by Defendants nor a concession by the United States that its claims are not well founded.

Upon consideration of the parties' agreement and the record in this case, it is **ORDERED and ADJUDGED** that Defendants, their agents, employees, companies, attorneys, and all persons acting in concert and participation with them, be enjoined as follows:

(1) From dispensing or distributing any controlled substances, as defined and identified in 21 U.S.C. §§ 802(6) and 812, and 21 C.F.R. §§ 1308.11-1308.15, prescribed by Qing Lu McGaha, M.D., NPI 1184820292; and

(2) From altering, deleting, destroying, mutilating, or transferring any record within their possession, custody, or control related to the distribution or dispensation of controlled substances.

Nothing in this Injunction shall be considered a waiver of a Defendant's Fifth Amendment right against compulsory self-incrimination. The United States' right to challenge the appropriateness of any such invocation of a Defendant's Fifth Amendment rights is also specifically preserved by this Injunction.

**This Preliminary Injunction shall remain in force until further Order of the Court**, **and it supersedes the TRO previously entered against these Defendants.**

In light of the Parties' stipulation to entry of this Preliminary Injunction, (Dkt. 17), the February 9, 2021 hearing is **CANCELLED**.

**DONE and ORDERED** in chambers in Tampa, Florida this 5th day of February, 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record
Any *pro se* party