# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                       Case No. 8:21-cv-188-MSS-AEP

WECARE PHARMACY, LLC;
QINGPING ZHANG, PHARMD, MS;
LI YANG, L&Y HOLDINGS, LLC.

  Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03, I hereby disclose the following:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. United States of America, Plaintiff

b. Drug Enforcement Administration

c. Maria Chapa Lopez, United States Attorney, Attorney for Plaintiff

d. Sean P. Keefe, Assistant United States Attorney, Attorney for Plaintiff

e. Randy Harwell, Assistant United States Attorney, Attorney for Plaintiff

f. Scott B. Dahlquist, Department of Justice, Attorney for Plaintiff

g. Gustav W. Eyler, Department of Justice, Attorney for Plaintiff

h. Michael Granston, Department of Justice, Attorney for Plaintiff

i. WeCare Pharmacy, LLC, Defendant

j. L&Y Holdings, LLC, Defendant

k. Qingpang Zhang, Pharm.D., Defendant

l. Li Yang, Defendant

m. M.D. Purcell, Esq., Attorney for Defendants

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None known.

## **CERTIFICATION**

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. The United States is aware that the magistrate judge assigned to this case may potentially have a conflict because he reviewed search warrants and supporting affidavits related to this matter.

Dated: February 11, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

MICHAEL D. GRANSTON
Deputy Assistant Attorney General
Civil Division

GUSTAV W. EYLER
Director, Consumer Protection
Branch

*/s/ Scott B. Dahlquist*
SCOTT B. DAHLQUIST
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov
Telephone No. (202) 532-4602
Facsimile No. (202) 514-8742
Attorneys for the United States

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney
Florida Bar No. 413828
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6135
Facsimile No. (813) 274-6198
Sean.Keefe@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

*/s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney