# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No. 8:21-cv-188-MSS-AEP

WECARE PHARMACY, LLC;
QINGPING ZHANG, PHARMD, MS;
LI YANG, L&Y HOLDINGS, LLC.

    Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03, I hereby disclose the following:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. United States of America, Plaintiff

    b. Drug Enforcement Administration

c. Maria Chapa Lopez, United States Attorney, Attorney for Plaintiff

d. Sean P. Keefe, Assistant United States Attorney, Attorney for Plaintiff

e. Randy Harwell, Assistant United States Attorney, Attorney for Plaintiff

f. Scott B. Dahlquist, Department of Justice, Attorney for Plaintiff

g. Gustav W. Eyler, Department of Justice, Attorney for Plaintiff

h. Michael Granston, Department of Justice, Attorney for Plaintiff

i. WeCare Pharmacy, LLC, Defendant

j. L&Y Holdings, LLC, Defendant

k. Qingpang Zhang, Pharm.D., Defendant

l. Li Yang, Defendant

m. M.D. Purcell, Esq., Attorney for Defendants

n. Dr. Qing McGaha, Member Manager, L&Y Holdings, LLC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the

creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None.

## CERTIFICATION

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. The United States is aware that the magistrate judge assigned to this case may potentially have a conflict because he reviewed search warrants and supporting affidavits related to this matter.

Respectfully submitted,

*/s/ M. D. Purcell, Jr.*_____
M. D. PURCELL, JR.
Attorney for Defendants
Florida Bar No. 0831591
1110 N. Florida Ave.
Tampa, Florida  33602
Telephone No. (813)960-7887
Facsimile No. (813)221-9736
chip@mdpurcell.com
pam@mdpurcell.com

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

*/s/ M. D. Purcell, Jr.*_____
M. D. PURCELL, JR.
Attorney for Defendants
